FILED

DEC 1 7 2013

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                          Criminal No. 1:13cr99

JAMES GRAY,                           Violations:   18 U.S.C. § 1791(a)(2)
        Defendant.                              18 U.S.C. § 1791(b)(4)
                                                      (Misdemeanor)

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of a Prohibited Object)

On or about September 26, 2013, in Preston County, West Virginia, within the Northern District of West Virginia, the defendant, JAMES GRAY, an inmate in the custody of the Bureau of Prisons at the United States Penitentiary Hazelton, did knowingly possess a prohibited object as defined by Title 18, United States Code, Section 1791(d)(1)(F), to wit, a phone and other device used by a user of commercial mobile service (as defined in Title 47, Section 332(d)) in connection with such service, in violation of Title 18, United States Code Sections 1791(a)(2) and (b)(4).

                                          WILLIAM J. IHLENFELD, II,
                                          United States Attorney

                                          Brandon S. Flower,
                                          Assistant United States Attorney